# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0065

VERSUS

CHRISTOPHER NICHOLLS EASON                        **MARCH 14, 2022**

---

In Re:    Christopher Nicholls Eason, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Tangipahoa, No. 1402849.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMG
                              GH
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY/CLERK OF COURT
FOR THE COURT